UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-21395-CIV-SEITZ/MCALILEY
CASE NO. 06-22225-CIV-SEITZ/MCALILEY

GEORGE POWELL, et al.,

       Plaintiffs,

v.

CAREY INTERNATIONAL, INC., et al.,

       Defendants.
_____/

OSCAR PEREZ, et al.,

       Plaintiffs,

v.

CAREY INTERNATIONAL, INC., et al.,

       Defendants,
_____/

### ORDER SEVERING PLAINTIFF POWELL'S RETALIATION CLAIM FROM *POWELL, ET AL. V. CAREY INTERNATIONAL, ET AL.,* 05-21395-CIV-SEITZ/MCALILEY

       THIS MATTER is before the Court *sua sponte*. In *Powell, et al. v. Carey International*, Inc., et al. 05-21395-Civ-Seitz/McAliley ("*Powell*"), limousine drivers seek unpaid overtime pay under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. In the same case, Plaintiff Powell also seeks damages for retaliation under 29 U.S.C. § 215(a)(3). In a separate action, *Perez v. Carey International, Inc.*, 06-22225-Civ-Seitz/McAliley ("*Perez*"), a subset of the Plaintiffs in *Powell* have brought similar retaliation claims against the same Defendants. Therefore, for

1

purposes of judicial economy and to prevent undue distraction in the unpaid overtime wage case, it is hereby

ORDERED that Plaintiff Powell's retaliation claim under 29 U.S.C. § 215(a)(3) is SEVERED from *Powell v. Carey International, Inc.*, 05-21395-Civ-Seitz/McAliley. Such claim shall now be resolved as a part of *Perez v. Carey International, Inc.*, 06-22225-Civ-Seitz/McAliley.

DONE AND ORDERED at Miami, Florida, this 20th day of February, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record