**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 05-21395-CIV-SEITZ/MCALILEY

GEORGE POWELL, et al.,

       Plaintiffs,

v.

CAREY INTERNATIONAL, INC., et al.,

       Defendants.

_____/

**ORDER ON FEBRUARY 26, 2007 STATUS CONFERENCE**

       THIS MATTER is before the Court on the February 26, 2007 Status Conference.  At the hearing, the Court scheduled a new trial date, a new pretrial conference date and new deadlines for the submission of proposed voir dire questions, exhibit and witness lists, joint jury instructions and deposition testimony designations.  The Court also ruled on the parties' motions in limine.  Pursuant to this discussion, it is hereby

       ORDERED that

       (1)     This case is set for a jury trial on the Court's two-week trial period commencing **April 30, 2007**, before the undersigned United States District Judge.  Calendar Call shall be held on **April 25, 2007, at 1:15 p.m.**  A Pretrial Conference shall be held on **April 5, 2007**, **at 9:00 a.m.**

       (2)     The parties shall submit any proposed voir dire questions to the Court by **April 3rd, 2007**.

       (3)     The parties shall submit a revised, paired down, exhibit list to the Court by **March**

1

**27, 2007**.  The revised exhibit list must indicate any composite exhibits and the number of pages of each composite exhibit.  Each page of a composite exhibit must have its own page number.  At the April 5, 2007 pretrial conference, the parties shall notify the Court whether they will be presenting documentary evidence in exhibit notebooks (one for each juror, the Court, the witness and the court reporter) or using the ELMO system.

(4)      The parties shall submit two witness lists.  Witness List 1, which is for the Court's use, shall list each witness intended to be called.  Witness List 1 is due by **March 27, 2007**. Witness List 2, which will be used during voir dire, shall identify by name and address (or other description, such as employer if the witness is a corporate representative) each witness the parties intend to call at trial and the amount of time needed for both direct and cross-examination. Witness List 2 is due by the **April 25, 2007** calendar call.

(5)      The parties shall submit revised joint jury instructions and a verdict form to the Court by **April 2, 2007 at 12:00 p.m.**  In addition to filing the revised joint jury instructions electronically, the parties shall also simultaneously hand deliver to chambers a diskette containing the revised joint jury instructions and verdict form in Wordperfect format.

(6)      The parties deposition designations shall be submitted to the opposing party by **March 16, 2007**, and cross designations shall be submitted on **April 3, 2007.**

(7)      With regard to the parties' motions in limine, for the reasons stated at the hearing:

a.      Plaintiffs' Motion in Limine to Exclude Plaintiffs' Tax Returns [DE 339] is DENIED.

b.      Plaintiffs' Motion in Limine to Exclude Untimely Disclosed Evidence [DE

2

341] is DENIED.

        c.     Plaintiffs' Motion in Limine to Exclude Evidence of Any Arrangements or Contracts with Destination Management Companies or Other Non-Air Carriers [DE 342] is DENIED AS MOOT.

        d.     Plaintiffs' Motion in Limine To Exclude Report of Expert Witness Mary Baker [DE 343] is DENIED.

        e.     Plaintiffs' Motion in Limine to Exclude Various Irrelevant Evidence [DE 344] is GRANTED IN PART AND DENIED IN PART.  Evidence relating to the fact that Plaintiff Powell had his driver's licence suspended for failure to pay child support is excluded.  Evidence regarding Plaintiffs Pereira and Maksimcev's status as an independent contractor is admissible. The Court shall reserve judgment as to whether to exclude evidence of Plaintiff McIntyre's criminal history pending a determination of the nature and timing of any prior convictions.

        f.     All Defendants' motions in limine [DE 334, 335, 336 and 337] are DENIED WITHOUT PREJUDICE.  After pairing down their exhibit lists, the parties shall file by **March 27, 2007** a joint motion in limine submission detailing (1) the specific documents/testimony/evidence in dispute, (2) the grounds for their admission or exclusion, and (3) supporting legal authorities. Each argument and response shall be no longer than one page.

        DONE AND ORDERED at Miami, Florida this 27th day of February, 2007.

                    _____
                    PATRICIA A. SEITZ
                    UNITED STATES DISTRICT JUDGE

cc:
Counsel of record