UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-21395-CIV-SEITZ/McALILEY

GEORGE POWELL, ET AL.,

    Plaintiffs,

v.

CAREY INTERNATIONAL, INC., ET AL.

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING EXHIBIT LIST**

Plaintiffs, by and through undersigned counsel, and pursuant to the Court's Order on February 26, 2007 Status Conference, hereby identify (while reserving all objections) the following exhibits which they may wish to introduce at trial.

    Respectfully submitted,

    Glasser, Boreth & Kleppin
    8751 W. Broward Blvd.
    Suite 105
    Plantation, FL 33324
    Tel. (954) 424-1933
    Fax (954) 474-7405
    E-mail: Glabor@aol.com

By:  s/Chris Kleppin
    Chris Kleppin
    Fla. Bar No. 625485

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF System which will send a Notice of Electronic filing to the following: Kristy M. Johnson, Esq., and Patricia Thompson, Esq., Carlton Fields, P.A., 100 Southeast Second Street, Suite 4000, Miami, Florida 33131-9101.

Glasser, Boreth & Kleppin
Attorneys for Plaintiffs
8751 W. Broward Blvd.
Suite 105
Plantation, FL 33324
Tel. (954) 424-1933
Fax (954) 474-7405
E-mail: Glabor@aol.com


By s/Chris Kleppin
    Chris Kleppin
    Fla. Bar No. 625485

    Harry O. Boreth
    Fla. Bar No. 190903

C:/MyDocuments/Powell/NoticeofFilingWitnessList3-27-07