UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-21395-CIV-SEITZ/MCALILEY

GEORGE POWELL, et al.,

      Plaintiffs,

v.

CAREY INTERNATIONAL, INC., et al.,

      Defendants.

_____/

**ORDER REQUIRING EXPEDITED RESPONSE AND PRESENCE OF COUNSEL AT STATUS CONFERENCE**

      THIS MATTER is before the Court *sua sponte*. On April 17, 2007, Defendants moved to strike Plaintiffs' summary exhibits and non-party witnesses. (*See* DE 413.) Defendants argue, *inter alia*, that the summary exhibits are based on documents that have not been previously disclosed, are contrary to the prior damage discovery and appear to violate the Court's ruling on the proper method of calculating damages. Additionally, Defendants indicate that Plaintiffs have failed to "pare down" their witness list as required by the Court. Therefore, in an attempt to resolve these issues at the April 19, 2007 status conference, it is hereby

      ORDERED that Plaintiffs must respond to Defendants' Motion to Strike Plaintiffs' Summary Exhibits & Non-Party Witnesses [DE 413] by **Wednesday, April 18, 2007 at 5:00 p.m.**

      AND IT IS FURTHER ORDERED that all lead counsel for the parties must be present at the April 19, 2007 status conference including Chris Kleppin and Harry Boreth on behalf of

Plaintiffs and Alexander del Russo and Kristy Johnson on behalf of Defendants.[1]

DONE AND ORDERED at Miami, Florida this 18th day of April, 2007.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of record

---

[1] Although Patricia Thompson, Esq. continues to be listed in the docket as lead counsel for Defendants, her presence is not required at the status conference.