**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 05-21395-CIV-SEITZ/MCALILEY

GEORGE POWELL, et al.,

       Plaintiffs,

v.

CAREY INTERNATIONAL, INC., et al.,

       Defendants.

_____/

## ORDER REFERRING EVIDENTIARY MATTERS TO SPECIAL MASTER

THIS MATTER is before the Court *sua sponte*.  This case arises under the Fair Labor

Standards Act ("FLSA") where fifteen Plaintiffs have sued Defendants limousine companies for

unpaid overtime wages.  This matter is currently scheduled for trial on April 30, 2007 and the

parties are experiencing issues and conflicts in relation to the preparation of their witness and

exhibit lists.  Pursuant to Fed. R. Civ. P. 53, the Court is appointing a special master to aid in

preparing this matter for trial.  Fed. R. Civ. P. 53 (2007); *see In re Bituminous Coal Operators*

*Ass'n, Inc.*, 949 F.2d 1165, 1168-69 (D.C. Cir. 1991) (holding that it was proper to refer pretrial

preparation or calculation of damages to a special master).  The parties have acquiesced to such

appointment and agreed that Mr. Robert Weisberg, Esq. shall serve in this capacity.  Mr.

Weisberg is an experienced litigator with experience in labor and employment matters.  The

special master is charged with aiding the parties in resolving evidentiary disputes related to their

witness and exhibit lists, including but not limited to, resolving objections to deposition

designations, determining the reliability of summary exhibits, eliminating irrelevant or

1

cumulative evidence and resolving any other issues or disputes relating to the parties' witness and exhibit lists.

The parties shall pay to the special master $350 per hour for his services.  For the first six hours of their meeting with the special master, the parties shall equally contribute to his compensation.  For every hour thereafter, the special master shall submit a recommendation to the Court as to which party should bear the cost for the incremental hours.  *See Roy v. County of Lexington, S.C.*, 141 F.3d 533, 549 (4th Cir. 1998) (stating a district court has the power to apportion fees in an FLSA case).  The special master's determination in this regard shall take into account which party's issues required attention as well as the parties' efficiency, preparation and ability to resolve disputes.

After meeting with the parties, the special master shall submit a summary report of his meeting with the parties including a list of the issues presented, which issues have been resolved and how, and which issues remain outstanding.  During the pendency of the parties' meeting with the special master, if any issue cannot be resolved, the special master may seek direction from the Court.

ORDERED that

(1)      Mr. Robert Weisberg is appointed as the special master in this case for purposes of resolving evidentiary issues relating to the parties' exhibit and witness lists.

(2)      The parties shall pay the special master compensation amounting to $350 per hour consistent with the terms of this Order.

(3)      After the parties meeting with the special master, the special master shall submit a

summary report regarding the disputed issues as well as his recommendation as to how any hours in excess of six hours shall be charged to the parties.

AND IT IS FURTHER ORDERED that the parties shall meet with the special master on **Friday, April 20, 2007 at 10 p.m.** at 11th Floor Jury Room, 301 N. Miami Ave., Miami, Florida.  At this meeting, the parties shall schedule any subsequent meeting that may be necessary.

DONE AND ORDERED at Miami, Florida this 19th day of April, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of record
Robert E. Weisberg, Special Master