UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-21395-CIV-SEITZ/MCALILEY

GEORGE POWELL, et al.,

       Plaintiffs,

v.

CAREY INTERNATIONAL, INC., et al.,

       Defendants.

_____/

## NOTICE TO THE PARTIES

       The parties are notified that trial in this matter shall commence at **9:30 a.m. on April 30, 2007**. Additionally, the Court shall adjourn trial at **4:30 p.m. on May 1, 2007**.[1]

       DONE AND ORDERED at Miami, Florida this 27th day of April, 2007.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of record

---

[1] A parade is scheduled to begin in the area surrounding the courthouse at 5:30 p.m. on May 1, 2007.

1