UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-21395-CIV-SEITZ/MCALILEY

GEORGE POWELL, et al.,

      Plaintiffs,

v.

CAREY INTERNATIONAL, INC., et al.,

      Defendants.
_____/

### ORDER REQUIRING REVISED EXHIBIT AND WITNESS LISTS

THIS MATTER is before the Court *sua sponte*. On April 26, 2007, the Court entered into the record the Special Master's Reports relating to the parties' witness and exhibit lists. In his Report, the Special Master pared down the number of witnesses and exhibits to be introduced at trial. For purposes of providing witness and exhibit information to the venire panel and the jury, it is hereby

ORDERED that

(1) The parties shall file a joint revised witness list pursuant to the discussions with the Special Master by **9:00 a.m. on April 30, 2007**. In addition to the names of each witness, the parties shall include an identifying characteristic of each witness such as his or her occupation or city of residence.

(2) Each party shall submit a revised exhibit list by **9:00 a.m. on April 30, 2007** identifying each exhibit that they intend to introduce at trial.

DONE AND ORDERED at Miami, Florida this 27th day of April, 2007.

                                                                                 _____
                                                                                 PATRICIA A. SEITZ
                                                                                 UNITED STATES DISTRICT JUDGE

cc:
Counsel of record